1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP N. TANKOVICH
   Special Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            Case No. 5:19-po-00237-JLT

11              Plaintiff,
                                         MOTION AND [~~PROPOSED~~] ORDER FOR
12 v.                                    DISMISSAL WITHOUT PREJUDICE

13 DAYNE T. COCORES,

14              Defendant.

15

16

17     The United States of America, by and through McGregor W. Scott, United States Attorney, and

18 Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal

19 Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

20
   DATED:  August 13, 2020                    Respectfully submitted,
21
                                              McGREGOR W. SCOTT
22                                            United States Attorney

23                                   By:      /s/ Philip N. Tankovich
                                              PHILIP N. TANKOVICH
24                                            Special Assistant U.S. Attorney

25

26

27

28

                                         1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **August 13, 2020**                        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE